

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2017

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**,
Schlumberger N.V. a/k/a Schlumberger Limited, and Jose Salazar Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

## ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellees Schlumberger Technology Corporation, Schlumberger N.V. a/k/a Schlumberger Limited, and Jose Salazar Jr. recover their costs of appeal, if any, from appellant Loren Brewer.

It is so **ORDERED** on January 11, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2017.

_____
Keith E. Hottle, Clerk